Entered on Docket
September 10, 2008

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

DANI L. STEPHENS, ESQ.
Nevada State Bar #4761
2949 S. Decatur Blvd.
Las Vegas, Nv. 89102
Telephone (702) 247-1234
Facsimile (702) 247-1555
Attorney for Debtor
SHIRLEY MAE ROBINSON

UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA

In the Matter of:            ]    BK-S-05-12090LBR
                             ]    Chapter 13
SHIRLEY MAE ROBINSON         ]
                             ]    Hearing Date: 8-13-2008
Debtor.                      ]    Hearing Time: 1:30PM

## ORDER

The Creditor's Motion For Relief from Stay came on regularly for hearing on the above date and time; **DAVID BREGGENWIRTH, ESQ.** of **WILDE and HANSON**, present and appearing for Creditor, WELLS FARGO BANK N.A.; and **DANI L. STEPHENS, ESQ.**, present and appearing for Debtor, Shirley Mae Robinson; Debtor's attorney informed the court that Debtor was making arrangements necessary to execute a Reverse Mortgage and asked for extended time to complete: Creditor's attorneys offered argument and

**THE COURT FOUND THAT** the Debtor's home had substantial equity available and for good cause appearing therefor

**THE COURT THEREBY ORDERED** that the hearing is extended for one month to give Debtor the time necessary to complete acts required to execute a reverse Mortgage;

Page 1

1     **IT FURTHER ORDERED** the hearing on Creditor's motion is extended
2 until September 17, 2008 at 1:30 PM.
3     DATED and done on this _____ day of September, 2008.

_____
**THE HONORABLE MIKE K. NAKAGAWA, U.S. BANKRUPTCY JUDGE**

Respectfully Submitted by:                Approved by:

_____        _____
DANL L. STEPHENS, ESQ.            DAVID BRUGGENWIRTH, ESQ.
Nevada Bar No. 4761               Nevada Bar No. 9770
2949 S. Decatur Blvd              208 S. Jones Blvd.
Las Vegas, NV. 89102              Las Vegas, NV 89107
Attorney for Debtor.              Attorney for Creditor
SHIRLEY MAE ROBINSON              WELLS FARGO BANK N.A.
Date: 9/9/08                      Date: 9/9/08

**Debtor: Shirley Mae Robinson;   Case No: BK-S-05-12090mkn; Chpt.13**

DANI L. STEPHENS, ESQ.
Nevada Bar # 4761
2949 S. Decatur Blvd.
Las Vegas, Nevada 89102
Telephone (702) 247-1234
Facsimile (702) 247-1555

## RECEIPT OF COPY

The undersigned, **David Bruggenwirth, Esq./agent**, hereby acknowledges receipt of Order re: Shirley Robinson, Debtor, to be signed by attorney or agent, ASAP, please.

DATED this 9th day of September, 2008.

_____
DAVID BRUGGENWIRTH, ESQ.
208 S. Jones Blvd.
Las Vegas, NV 89107
Ph 258-8200