DANI L. STEPHENS, ESQ.
Nevada State Bar #4761
5000 W. Oakey Blvd. A3-6
Las Vegas, Nv. 89146
(702) 247-1234
Attorney for Debtor
SHIRLEY MAE ROBINSON

UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA

In the Matter of:          ]    BK-S-05-12090LBR
                           ]    Chapter 13
SHIRLEY MAE ROBINSON       ]
                           ]    Hearing Date: 7-24-2009
Debtor.                    ]    Hearing Time: 1:30PM

**DEBTOR'S MOTION TO SET ASIDE ORDER PERMITTING RELIEF OF STAY**

COMES NOW, Debtor, SHIRLEY MAE ROBINSON, by and through her attorney, **DANI L. STEPHENS, ESQ.,** to move this Honorable Court to set aside the order permitting Wells Fargo a relief from Automatic Stay on the following grounds:

1. Debtor alleges that the bank is mistaken in adding up her payments. She has proof that she is only one payment in arrears.

2. Debtor had tried assiduously to get a reverse mortgage in place and everything was ready to go when it was discovered another attorney, Christopher Byrd, had filed a foreign lien on behalf of a California firm, for $35,000 against her home for a debt owed by a totally different Shirley Robinson and her husband. Efforts to have this lien removed short of court action have been in vain,- in spite of proof being provided.

Page 1

1  3.  Debtor respectfully prays this court to vacate the Order issued on July 24th and allow her the opportunity to prove the motion for relief from stay was untimely.

WHEREFORE based on the foregoing, Debtor prays that this Honorable Court set aside Creditor's motion to dismiss and grant her an extension if needed. She also asks for a full accounting of her payments as she believes the Mortgage holder Wells Fargo bank has added them up wrongly.

DATED, this 31st day of July, 2009.

Respectfully submitted by:

/s/ DANI L. STEPHENS, ESQ.
**DANI L. STEPHENS, ESQ.**
Nevada State Bar #4761
5000 West Oakey Blvd. Ste A3-6
Las Vegas, Nv. 89146
Attorney for Debtor
SHIRELY MAE ROBINSON
BK-S-05-12090LBR
Chapter 13