# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

**Shirley Mae Robinson**

Debtor(s)

Bankruptcy No. **05-12090**
Chapter **13**

AMMENDED NOTICE OF MOTION FOR

Hearing Date: ~~October 23~~ **Nov. 18**, 2009
Hearing Time: **1:30 pm**

**NOTICE IS HEREBY GIVEN** that a Motion To: **Set aside Relief of Stay** was filed on **9-23-2009** by **Dani L. Stephens, Esq.** . The Motion seeks the following relief:

**To set aside the Relief of Stay** . Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| | |
|---|---|
| 1 | If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the |
| 2 | court. You *must* also serve your written response on the person who sent you this notice. |
| 3 | |
| 4 | If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then: |
| 5 | |
| 6 | The court may *refuse to allow you to speak* at the scheduled hearing; and<br>The court may *rule against you* without formally calling the matter at the hearing. |
| 7 | |

8

9  **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy

10 Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom

11 No. ___two (2)___ , Las Vegas, Nevada on ___Nov. 18, 2009___ [handwritten, replacing "October 23, 2009"] at the hour of ___1:30 pm___ .

12

13 DATED:   **September 25, 2009**          /s/ DANI L. STEPHENS Bar
14                                          DANI L. STEPHENS Bar #4761
                                            Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27  NtMot-L/70107.wpd updated 2-1-07

28

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy