

**Entered on Docket
June 28, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
08-72556 / 0250436458

# UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 05-12090-mkn |
| Shirley Mae Robinson | Motion no. 80 – Motion to Set Aside<br>Motion no. 71 – Motion for Relief<br>Date: 6/9/10<br>Time: 2:30 pm |
| | Chapter 13 |
| Debtors. | |

### ORDER ON MOTION TO SET ASIDE SECURED CREDITOR'S
### ORDER VACATING AUTOMATIC STAY

Debtor's Motion to Set Aside Secured Creditor's Order Vacating Automatic Stay having come for hearing in the above-entitled court, all appearances as noted on the court record, based upon the papers and pleadings on file herein and after oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtor's Motion to Set Aside Secured Creditor's Order Vacating Stay is denied.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Automatic Stay remains vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property and proceed with any action necessary to obtain possession of the subject property, generally described as 3114 Chadford Pl., Las Vegas NV and legally described as follows:

> LOT EIGHT ( 8 ) IN BLOCK TWO ( 2 ) OF BRADFORD PLACE UNIT NO. 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13 OF PLATS. PAGE 63. IN THE OFFICE OF THB COUNTY RECORDER OF CLARK COUNTY. NEVADA.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall re-start the foreclosure by recording a new Notice of Default** ~~and/or Notice of Sale~~. *mkn*

Submitted by:

Wilde & Associates

By _[signature] #10235_
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_X\_ waived the right to review the order and/or \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_X\_ waived the right to review the order and/or \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor